AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ellis, Ronald L. | Southern District of New York | 06/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - f/t | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

500 Pearl Street
Suite 1970
New York, NY 10007-1312

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Columbia University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, Ronald L. | 06/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Columbia University Law School | $5,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Berkeley Carroll School - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Just The Beginning | September 16-18 | New York, NY | Seminar | Lodging, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, Ronald L. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Axa Equitable (Formerly "The Equitable"; 401(K); Alliance Common Stock | A | Dividend | M | T | | | | | |
| 2. Vanguard Group: Rollover Pension; Wellington Fund | E | Dividend | N | T | | | | | |
| 3. TIAA-CREF; Retirement; Mutual Fund Account | | | | | | | | | |
| 4. - - CREF Stock | D | Dividend | N | T | | | | | |
| 5. - - TIAA Real Estate | B | Dividend | M | T | | | | | |
| 6. - - CREF Fixed Income | A | Dividend | M | T | | | | | |
| 7. JP Morgan Chase Bank; Checking/ Savings | A | Interest | M | T | | | | | |
| 8. JP Morgan Chase Bank; IRA Acct 1; Aliance/Putnam Funds, Money Mkt | A | Dividend | L | T | | | | | |
| 9. JP Morgan Chase Bank; IRA Acct 2; Alliance/Putnam Funds, Money Mkt | A | Dividend | L | T | | | | | |
| 10. Prudential Insurance Co. - Whole Life | A | Dividend | L | T | | | | | |
| 11. Northwestern Mutual Life Insurance Policy 1 - Whole Life | A | Dividend | J | T | | | | | |
| 12. Northwestern Mutual Life Insurance Policy 2 - Whole Life | A | Dividend | J | T | | | | | |
| 13. Met Life Money Market | A | Interest | K | T | | | | | |
| 14. JPMorgan Investments; Managed Brokerage Account | | | | | | | | | |
| 15. - - ASTON/FAIRPOINTE MID CAP FUND CL 1 - ABMIX | | | | | Sold | 02/16/16 | J | | |
| 16. - - AMERICAN CENTURY INTER-TERM TAX FREE BD FD - AXBIX INSTL CL | | | | | Sold | 08/03/16 | J | | |
| 17. - - BLACKROCK FDS - BHYIX | | | | | Sold | 08/03/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, Ronald L. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- BLACKROCK INTERNATIONAL INDEX FUND INSTL CL - MAIIX | | | | | Closed | 01/22/16 | J | | |
| 19. BLACKROCK INDEX FDS INC - BTMKX | A | Dividend | | | Buy (add'l) | 01/22/16 | J | | |
| 20. | | | | | Buy | 01/16/16 | J | | |
| 21. | | | | | Sold | 08/03/16 | J | | |
| 22. - - CAUSEWAY CAP MGMT TR INTL VALUE FD INSTL CL - CIVIX | | | | | Sold | 08/03/16 | J | | |
| 23. - - DODGE & COX FUNDS INTERNATIONAL STOCK FUND - DODFX | | | | | Sold | 08/03/16 | J | | |
| 24. - - HARBOR INTERNATIONAL FUND INSTITUTIONAL - HAINX | | | | | Sold | 08/03/16 | J | | |
| 25. -- J P MORGAN DEPOSIT SWEEP | | | | | Sold | 08/03/16 | J | | |
| 26. - - JPMORGAN TR I INTER TAX FREE BD FD INSTL CL - JITIX | | | | | Sold | 08/03/16 | J | | |
| 27. - - JPMORGAN TR I U S EQUITY FD INSTL CL - JMUEX | | | | | Sold | 08/03/16 | J | | |
| 28. - - JPMORGAN TR I MID CAP EQUITY FD SELECT CL - VSNGX | | | | | Sold | 01/16/16 | J | | |
| 29. - - JPMORGAN TR II HIGH YIELDFD SELECT CL - OHYFX | | | | | Sold | 08/03/16 | J | | |
| 30. - - JPMORGAN VALUE ADVANTAGE FD INSTL CL - JVAIX | | | | | Sold | 01/16/16 | J | | |
| 31. - - JPMORGAN TR II SHORT-INTER MUN BD FD INSTL - JIMIX | | | | | Sold | 08/03/16 | J | | |
| 32. - - MAINSTAY HIGH YIELD CORPORATE BOND FUND CC I - MHYIX | | | | | Sold | 08/03/16 | J | | |
| 33. - - MASSACHUSETTS INVESTORS TRUST CL I - MITIX | | | | | Sold | 08/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, Ronald L. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -- OAKMARK FUND - OAKMX | | | | | Sold | 08/03/16 | J | | |
| 35. -- PIMCO LOW DURATION FUND INSTL CL - PTLDX | | | | | Sold | 08/03/16 | J | | |
| 36. -- T ROWE PRICE SUMMIT MUNICIPAL INTERMEDIATE FUND - PRSMX | | | | | Sold | 08/03/16 | J | | |
| 37. -- WELLS FARGO ADVANTAGE GROWTH FUND CL 1 - SGRNX | | | | | Sold | 01/16/16 | J | | |
| 38. -- ISHARES MSCI EAFE ETF - EFA | | | | | Sold | 08/03/16 | J | | |
| 39. -- SPDR S&P 500 ETF TRUST -SPY | | | | | Sold | 08/03/16 | J | | |
| 40. -- BERNSTEIN SANFORD C FD - AIDYX | | | | | Sold | 08/03/16 | J | | |
| 41. -- BLACKROCK FDS MIDCAP IND - EX FD - BRMIX | | | | | Closed | 01/22/16 | J | | |
| 42. BLACKROCK FDS - BRMKX | A | Dividend | | | Open | 01/22/16 | J | | |
| 43. | | | | | Sold | 08/03/16 | J | | |
| 44. -- BROWN ADVISORY FDS - BAFHX | | | | | Sold | 08/03/16 | J | | |
| 45. -- DEUTSCHE X TRACKERS MSCI - DBEF | | | | | Sold | 08/03/16 | J | | |
| 46. -- WISDOMTREE JAPAN HEDGED EQUITY FUND | | | | | Sold | 08/3/16 | J | | |
| 47. LORD ABBETT SHORT DURATION INCOME FUND - LLDYX | A | Dividend | | | Buy | 02/24/16 | J | | |
| 48. | | | | | Sold | 08/03/16 | J | | |
| 49. VANGUARD FIXED INCOME - VFIDX | A | Dividend | | | Buy | 02/24/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, Ronald L. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | | | | | | Sold | 08/03/16 | J | | |
| 51. | JOHN HANCOCK INCOME FUND JSTIX | A | Dividend | | | Buy | 04/12/16 | J | | |
| 52. | | | | | | Sold | 08/03/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, Ronald L. | 06/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Account listed on line 14 was closed on 8/3/16, and funds transferred to checking/savings. Details for individual components are listed on lines 15 through 52.

Part VII: Asset on line 15 was correted from "AIRPOINTE" to "FAIRPOINTE."

Part VII: Asset on line 19 was first bought on 01/16/16. On 01/22/16, asset on line 18 was exchanged (closed) for equivalent value of asset on line 19. (buy additional).

Part VII: Asset on line 41 was exchanged (closed) for equivalent value of asset on line 42 (open) on 01/22/16.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ronald L. Ellis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544